1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE J. STOCKWELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No.  C07-5449BHS-JKA<br><br><br>ORDER FOR EXTENSION<br>OF TIME |

　　　　Based on the Defendant's Motion, it is hereby ORDERED that Defendant's request for an Extension is granted and the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including February 22, 2008, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including March 7, 2008, to file an optional reply brief.

DATED this 24th day of January, 2008.


　　　　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*

Page 1　　ORDER - [C07-5449BHS-JKA]

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98105-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
Richard.Rodriguez@ssa.gov

Page 2      ORDER - [C07-5449BHS-JKA]