# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEVE J. STOCKWELL

        v.

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5449BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court **ADOPTS** the Report and Recommendation (Dkt. 18), and the administrative decision is **AFFIRMED**.

  July 1, 2008                                                    BRUCE RIFKIN
Date                                                                    Clerk

                                                                             *s/Caroline M. Gonzalez*
                                                                              Deputy Clerk